AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     New York

U.S. Securities and Exchange Commission

V.

Shane Bashir Suman and Monie Rahman

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 6625**

**Judge Pauley**

TO: (Name and address of Defendant)

Monie Rahman
1585 North 400 East, Apt. 336
North Logan, UT 84341

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dean M. Conway
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4010

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**        JUL 2 4 2007

CLERK        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 08-02-07 @ 2110 |
| NAME OF SERVER *(PRINT)* John Arnold | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1585 North 400 East, Logan, UT 84341

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-2-07
              Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.