# EXHIBIT A



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida          )

County of Leon          )

In Re:  69061
       Dean Michael Conway
       U.S. Securities & Exchange Comm.
       100 F St. NE
       Washington, D.C.

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 28, 1995.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 31st day of July, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/RM:lvt3/R10