UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES SECURITIES AND
EXCHANGECOMMISSION,

        Plaintiff,

  v.

SHANE BASHIR SUMAN and
MONIE RAHMAN,

        Defendants.
_____

Case No. 07-cv-6625

**[PROPOSED] ORDER GRANTING MOTION
FOR ADMISSION OF DEAN M. CONWAY
*PRO HAC VICE*__**

      This matter having come before the Court on the application of Dean M. Conway, counsel for the United States Securities and Exchange Commission ("Commission"), to practice before this Court *Pro Hac Vice*, in representing Plaintiff Commission in this matter, and the Court having reviewed the pleadings and being fully advised in the premises:

      IT IS HEREBY ORDERED THAT the motion should be and hereby is GRANTED, and Dean M. Conway is hereby admitted to practice *pro hac vice* before this Court.

      SO ORDERED.

                                        _____
                                        United States District Court Judge

Dated: August ___, 2007