UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGECOMMISSION,

   Plaintiff,

v.

SHANE BASHIR SUMAN and
MONIE RAHMAN,

   Defendants.

Case No. 07-cv-6625

---

### MOTION FOR ADMISSION *PRO HAC VICE*
### OF DEAN M. CONWAY AND MEMORANDUM OF SUPPORT

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Civil Rule 1.3(c) Plaintiff Securities and Exchange Commission, through its counsel, moves for admission *Pro Hac Vice* of Dean M. Conway to represent the Commission in the above-referenced case.

### MEMORANDUM IN SUPPORT OF MOTION

This motion should be granted for the reasons set forth below:

1. Dean M. Conway was admitted to practice law in the state of Florida on November 28, 1995 and the District of Columbia on February 6, 1998 and he remains in good standing in these jurisdictions. (Declaration of Dean M. Conway In Support Of Motion For Admission *Pro Hac Vice*, paragraph 3, dated August 21, 2007) ("Conway Decl.").

2. Mr. Conway is an attorney in the Washington D.C. office of Plaintiff Securities and Exchange Commission. (Conway Decl., paragraph 1).

3. Mr. Conway has never been held in contempt of court, never been censured, suspended, disbarred or disciplined by any court. (Conway Decl., paragraph 4).

4.      Mr. Conway has attached to his Declaration a certificate of good standing from the state of Florida and will forward to the Court a certificate of good standing from the District of Columbia.

.       For these reasons, the Court should grant this motion and issue the attached proposed Order.

Dated: August 21, 2007                                   Respectfully submitted,

*[signature]*

Richard E. Simpson (#2375814)
Attorney for Plaintiff
Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-1040
Telephone: (202) 551-4492
simpsonr@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGECOMMISSION,<br><br>              Plaintiff,<br><br>    v.<br><br>SHANE BASHIR SUMAN and<br>MONIE RAHMAN,<br><br>              Defendants. | Case No. 07-cv-6625 |

### DECLARATION OF DEAN M. CONWAY
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Dean M. Conway, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney in the Washington D.C. office of Plaintiff Securities and Exchange Commission.

2. I make this Declaration in support of Plaintiff's Motion for Admission *Pro Hac Vice*.

3. I was admitted to practice law in the state of Florida on November 28, 1995 and the District of Columbia on February 6, 1998.

4. I am in good standing in these jurisdictions and have never been held in contempt of court, never been censured, suspended, disbarred or disciplined by any court.

5. In addition to submitting this Declaration, I have attached as Exhibit A a certificate of good standing from the state of Florida and will forward to the Court a certificate of good standing from the

District of Columbia.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

_____
Dean M. Conway

Executed on August 21, 2007
Washington, D.C.

**EXHIBIT A**



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

                In Re:  69061
                      Dean Michael Conway
                      U.S. Securities & Exchange Comm.
                      100 F St. NE
                      Washington, D.C.

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 28, 1995.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 31st day of July, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/RM:lvt3/R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGECOMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>SHANE BASHIR SUMAN and MONIE RAHMAN,<br><br>        Defendants. | Case No. 07-cv-6625 |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF DEAN M. CONWAY *PRO HAC VICE*

This matter having come before the Court on the application of Dean M. Conway, counsel for the United States Securities and Exchange Commission ("Commission"), to practice before this Court *Pro Hac Vice*, in representing Plaintiff Commission in this matter, and the Court having reviewed the pleadings and being fully advised in the premises:

IT IS HEREBY ORDERED THAT the motion should be and hereby is GRANTED, and Dean M. Conway is hereby admitted to practice *pro hac vice* before this Court.

SO ORDERED.

                                                                         United States District Court Judge

Dated: August ___, 2007