UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGECOMMISSION,

        Plaintiff,

v.

SHANE BASHIR SUMAN and
MONIE RAHMAN,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

Case No. 07-cv-6625

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/23/07

### MOTION FOR ADMISSION *PRO HAC VICE* OF DEAN M. CONWAY AND MEMORANDUM OF SUPPORT

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Civil Rule 1.3(c) Plaintiff Securities and Exchange Commission, through its counsel, moves for admission *Pro Hac Vice* of Dean M. Conway to represent the Commission in the above-referenced case.

### MEMORANDUM IN SUPPORT OF MOTION

This motion should be granted for the reasons set forth below:

1.     Dean M. Conway was admitted to practice law in the state of Florida on November 28, 1995 and the District of Columbia on February 6, 1998 and he remains in good standing in these jurisdictions. (Declaration of Dean M. Conway In Support Of Motion For Admission *Pro Hac Vice*, paragraph 3, dated August 21, 2007) ("Conway Decl.").

2.     Mr. Conway is an attorney in the Washington D.C. office of Plaintiff Securities and Exchange Commission. (Conway Decl., paragraph 1).

3.     Mr. Conway has never been held in contempt of court, never been censured, suspended, disbarred or disciplined by any court. (Conway Decl., paragraph 4).

4.      Mr. Conway has attached to his Declaration a certificate of good standing from the state of Florida and will forward to the Court a certificate of good standing from the District of Columbia.

.       For these reasons, the Court should grant this motion and issue the attached proposed Order.

Dated: August 21, 2007                    Respectfully submitted,

*[signature: Richard E. Simpson]*

Richard E. Simpson (#2375814)
Attorney for Plaintiff
Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-1040
Telephone: (202) 551-4492
simpsonr@sec.gov