


GHILLAINE A. REID
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2019 Fax: (212) 554-9645
GReid@gibbonslaw.com

October 16, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

BY FACSIMILE (212-805-6390) AND REGULAR MAIL

The Honorable William H. Pauley, III
Daniel J. Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
Courtroom 11D
New York, New York 10007

**MEMO ENDORSED**

Re:   U.S. Securities and Exchange Commission v. Shane Bashir Suman et al.
      Case No.: 07 Civ. 6625

Dear Judge Pauley:

With respect to a scheduling issue in connection with the above-referenced action, we received today express permission and consent from Deputy Clerk Kyle O. Wood to submit this letter to Your Honor by facsimile.

This firm is in the process of being retained by defendant Shane Suman and his wife, defendant Monie Rahman, to represent them in connection with this action. We spoke with Mr. Suman for the first time last Thursday and expect to be formally retained shortly. Mr. Suman is unable to consummate our retention immediately because he resides in Canada and Ms. Rahman resides in Utah. We have conveyed these facts to counsel for plaintiff Securities & Exchange Commission ("Commission"), Dean Conway, Esq. We have received the Court's order scheduling an initial pretrial conference for October 26, 2007 and directing the parties to submit a joint discovery plan on or before October 19, 2007.

Because we have not yet been formally retained, and cannot now execute a discovery plan on defendants' behalf, we respectfully request an adjournment of the October 26, 2007 conference to November 9, 2007. The Commission joins in and consents to this request.

Thank you for your consideration.

Respectfully submitted,

Ghillaine A. Reid

GAR/fm

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
10/23/07

The conference is adjourned to November 9, 2007 at 10:45 a.m.

#1236222 v1
107893-61173