**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION , <br><br> Plaintiff, <br><br> v. <br><br> SHANE BASHIR SUMAN AND MONIE RAHMAN <br><br> Defendants. | Civil Action No. 07-cv-6625 (WHP) <br><br><br> **NOTICE OF APPEARANCE** <br><br> *Document Electronically Filed* |

**PLEASE TAKE NOTICE** that the undersigned, appearing on behalf of defendants,

Shane Bashir Suman and Monie Rahman, in the captioned action, hereby requests electronic

notification of all papers filed with the Court by notice upon the following email address:

LLustberg@gibbonslaw.com.

Dated: New York, New York
      November 1, 2007

                             **GIBBONS, P.C.**
                             A Professional Corporation
                             One Pennsylvania Plaza, 37th Floor
                             New York, New York 10119-3701
                             Tel (212) 613-2000
                             Fax: (212) 333-5980
                             *Attorneys for Defendants*
                             *Shane Bashir Suman and Monie Rahman*

                           By: s/ Lawrence S. Lustberg
                                   Lawrence S. Lustberg

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

**Dean Michael Conway**
Securities and Exchange Commission
100 F Street, NW
Washington, DC 20549

**Richard Edward Simpson**
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

s/ Lawrence S. Lustberg