USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                            :

                        Plaintiff,              :

            -against-                                  :

SHANE BASHIR SUMAN AND                          :
MONIE RAHMAN,
                                         :

                      Defendants.        :
------------------------------------------------------------X

07 Civ. 6625 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared before this Court for a pre-trial conference on November 9, 2007, the following schedule is established on consent of the parties:

    1.    Defendants shall serve and file their motion to dismiss by December 7, 2007;

    2.    Plaintiff shall serve and file the opposition to the motion by January 4, 2008;

    3.    Defendants shall serve and file any reply by January 15, 2008;

    4.    Oral Argument concerning the motion shall take place on February 1, 2008 at 11:00 a.m.

    5.    The parties shall complete all discovery by June 30, 2008;

    6.    The parties shall submit a joint-pre trial order in accord with this Court's Individual Rules and Practices by August 29, 2008; and

7. A final pre-trial conference shall take place on September 12, 2008 at 11:00 a.m.

Dated: November 9, 2007
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Dean Michael Conway, Esq.
Security and Exchange Commission
100 F Street
Washington, DC 20549
*Counsel for Plaintiff*

Ghillaine A. Reid, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
*Counsel for Defendants*