USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

# GIBBONS



Ghillaine A. Reid
Director
Gibbons
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2010 Fax: (212) 554-9644
GReid@gibbonslaw.com

December 13, 2007

**BY FACSIMILE (212-805-6390) AND REGULAR MAIL**

The Honorable William H. Pauley, III
Daniel J. Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
Courtroom 11D
New York, New York 10007

DEC 13 2007
CHAMBERS OF
WILLIAM H. PAULEY

Re:  U.S. Securities and Exchange Commission v. Shane Suman and Monie Rahman
Case No.: 07 Civ. 6625 (WHP)

Dear Judge Pauley:

As Your Honor is aware, this Firm represents defendants Shane Suman and Monie Rahman (collectively, "Defendants") in the above-referenced action. We received the permission and consent of Your Honor's clerk to send this letter to you by facsimile. We write to request a pre-motion conference with the Court pursuant to Section 3(A) of Your Honor's Individual Practices. This firm is prepared to file immediately a motion to withdraw as counsel for Defendants in this action based on: (i) Defendants non-payment of outstanding legal fees; (ii) Mr. Suman's unavailability due to his detention by U.S. immigration authorities, as set forth in our letter to the Court of November 30, 2007; and (iii) Defendants' inability to pay legal fees going forward.

We are available at the Court's convenience to participate in a pre-motion conference or, alternatively, are prepared to file the motion to withdraw immediately, with the Court's permission. Thank you for your kind consideration of this request.

Respectfully submitted,

Ghillaine A. Reid /UNO
Director

GAR/fm

cc:  Dean Conway, Esq. (by facsimile and regular mail)

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
12/17/07

The teleconference shall take place December 21, 2007 at 11:00 a.m.