```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                    :

                  Plaintiff,    :

       -against-                                :

SHANE BASHIR SUMAN AND                  :
MONIE RAHMAN,
                                :
                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 6625 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        The Court received the following <u>ex parte</u> correspondence from Defendant Monie Rahman. Because Defendant is represented by counsel, the Court declines to consider the letter.

Dated: December 19, 2007
       New York, New York

                                      SO ORDERED:

                                      _____
                                      WILLIAM H. PAULEY III
                                            U.S.D.J.

*Counsel of Record:*

Dean Michael Conway, Esq.
Security and Exchange Commission
100 F Street
Washington, DC 20549
*Counsel for Plaintiff*

Ghillaine A. Reid, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
*Counsel for Defendants*



DEC 18 2007

DECEMBER 12 2007

To,
The Honorable William H. Pauley, III
Daniel J. Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
Courtroom 11D
New York, NY, 10007

Re: U.S. Securities and Exchange Commission v.
    Shane Suman and Monie Rahman
    Case No.: 07 Civ. 6625 (WHP)

Subject: Requesting Dismissal

Your Honor,

    I am writing to you in addition to Ms Reid's letter sent to you on December 07 2007. As you know that my husband Shane Suman is being detained by the U.S. Immigration and as a result he is unable to work currently and that has pushed us back financially. As you also know that my ETRADE CANADA account is currently frozen. Because of our money situation I am unable to retain a lawyer, hence I am obliged to write to you directly.

    I am requesting a dismissal of the U.S. Securities and Exchange Commission's case against us because of the following reasons:

    ① My husband and I are both Canadian citizens and we both earn our living in Canada.

    ② My ETRADE account is a Canadian brokerage account. The trades in question were all executed thru my Canadian ETRADE account. In fact, Canadian authority have already charged us for the trades in question and they are proceeding with this matter as we speak.



③ The charges that I am facing is interwoven with my husband's charges and my defense also intricately depends on his defense. I have very limited knowledge in the computer field and almost no knowledge about my husband's work. Only my husband will be able to answer questions related to computer and his work. And this case is based mainly on computer and his work.

④ I am in Utah for my health reasons only on a temporary basis. I suffer from asthma, allergies and arthritis. I wanted to see if I get better here. My asthma got better, but not arthritis and my handwriting explains that. I will be leaving for Canada soon permanently. Currently, we are required to fight both Canada and U.S. for the same charges, while all the trades in question were done thru my Canadian brokerage account. So, you see, your honor, since my husband and I are both Canadian citizens, trades in question were placed under Canadian brokerage account and Canadian authority is already pursuing the exactly the same charges for the same matter, please let the Canadian authority handle our charges, not the U.S. authority.

Respectfully written by,

MONIE RAHMAN
*Monie Rahman*
1585 N 400 E
APT # 336
NORTH LOGAN, UT, 84341
PH (435) 753-7948