```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                          :

                Plaintiff,      :        07 Civ. 6625 (WHP)

      -against-                                   :        SCHEDULING ORDER

SHANE BASHIR SUMAN AND                        :
MONIE RAHMAN,
                                :
               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      Counsel for all parties having appeared for a teleconference on December 21, 2007, the following schedule is established on consent of the parties:

1. Defendants' counsel shall serve and file its motion to withdraw as counsel for Defendants by December 26, 2007;

2. Plaintiff and Defendants shall serve and file oppositions by January 8, 2008; and

3. Defendants shall serve and file any reply by January 11, 2008.

Dated: December 21, 2007
       New York, New York

                                   SO ORDERED:

                                  WILLIAM H. PAULEY III
                                       U.S.D.J.

*Counsel of Record:*

Dean Michael Conway, Esq.
Security and Exchange Commission
100 F Street
Washington, DC 20549
*Counsel for Plaintiff*

Ghillaine A. Reid, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
*Counsel for Defendants*