Ghillaine A. Reid
**GIBBONS P.C.**
One Pennsylvania Plaza
New York, New York 10119
(212) 613-2000
*Counsel for Defendants*
*Shane Suman and Monie Rahman*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>SHANE SUMAN AND MONIE RAHMAN,<br><br>Defendants. | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No.: 07 Civ. 6625 (WHP)<br><br>**NOTICE OF MOTION OF GIBBONS P.C. TO WITHDRAW AS DEFENDANTS' COUNSEL** |

TO:  Dean M. Conway
　　　David Smyth
　　　Attorneys for Plaintiff
　　　Securities and Exchange Commission
　　　Division of Enforcement
　　　100 F Street, N.E.
　　　Washington, D.C. 20549-4010

**COUNSEL:**

　　　**PLEASE TAKE NOTICE** that Defendants Shane Suman and Monie Rahman (collectively "Defendants"), will move this Court, before the Honorable William H. Pauley III, United State District Judge, in Courtroom 11D at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York 10007-1312, on a date and time to be set by the Court, for the entry of an Order granting Gibbons' motion to withdraw as counsel for Defendants.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Gibbons will rely upon the accompanying Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that in further support of its motion, Gibbons also will rely upon the accompanying Certification of Ghillaine A. Reid, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only in the event that an opposition to Gibbons' motion is filed.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order Granting Gibbons' Motion to Withdraw as Defendants' Counsel is submitted herewith.

Respectfully submitted,

**GIBBONS P.C.**

  s/ Ghillaine A. Reid
Ghillaine A. Reid

Dated: December 26, 2007
New York, New York