UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>SHANE SUMAN AND MONIE RAHMAN,<br><br>　　　　　　　　　　Defendants. | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No.:  07 Civ. 6625 (WHP)<br><br>**CERTIFICATION OF SERVICE** |

　　　　I, GHILLAINE A. REID, hereby certify as follows:

　　　　1.　　I am an attorney at law admitted to practice before this Court and a Director at the firm, Gibbons P.C. ("Gibbons"), attorneys for Defendants Shane Suman and Monie Rahman (collectively "Defendants") in the above-captioned matter.  On December 26, 2007, I electronically filed the following documents:

　　　　a.　　A Notice Of Motion Of Gibbons P.C. To Withdraw As Defendants' Counsel

　　　　b.　　Gibbons P.C.'s Memorandum Of Law In Support If Its Motion To Withdraw As Defendants' Counsel;

　　　　c.　　Certification of Ghillaine A. Reid, Esq.;

　　　　d.　　Proposed Order Granting Gibbons P.C.'s Motion To Withdraw as Defendants' Counsel; and

　　　　e.　　Certification of Service.

　　　　2.　　Service of these documents was made on this date upon the following parties via electronic mail and overnight mail:

2

| | |
|---|---|
| Dean M. Conway<br>Attorney for Plaintiff | |
| Securities and Exchange Commission<br>Division of Enforcement<br>100 F Street, N.E.<br>Washington, D.C. 20549-4010<br>conwayd@sec.gov | |

| | |
|---|---|
| Shane B. Suman<br>Defendant | |
| 93 William Honey Cresent<br>Markham, Ontario  L3S2M2<br>shane.suman@rogers.com<br>shane_suman@yahoo.com | c/o Buffalo Federal Detention Facility<br>4250 Federal Drive<br>Batavia, New York 14020 |

| | |
|---|---|
| Monie Rahman<br>Defendant | |
| 1585 N 400 E<br>Apt. #336<br>North Logan, Utah  84341<br>monie1510@yahoo.com | 93 William Honey Cresent<br>Markham, Ontario  L3S2M2 |

3.     Courtesy copies of the above documents were served via overnight mail to the Honorable William H Pauley, III, District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 26, 2007
      New York, New York

                                            **GIBBONS P.C.**

                                       s/ Ghillaine A. Reid
                                          Ghillaine A. Reid

                                     One Pennsylvania Plaza
                                     New York, New York 10119
                                     (212) 613-2000

                                   *Counsel for Defendants*
                                   *Shane Suman and Monie Rahman*