# EXHIBIT B



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

**DIVISION OF ENFORCEMENT**

DEAN M. CONWAY
DIRECT DIAL: (202) 551-4412
FACSIMILE: (202) 772-9246

December 5, 2007

**VIA E-MAIL**

Ghillaine A. Reid
Gibbons, PC
One Pennsylvania Plaza, 37th Floor
New York, New York 10119

    Re:  <u>SEC v. Suman, et al., Civ. No. 07-cv-6625 (WHP)</u>

Dear Ms. Reid:

    As you know, Judge Pauley's order dated December 4, 2007 directed that "[d]iscovery in this matter shall proceed as scheduled." Accordingly, please provide the SEC with defendants' over due initial disclosures.

    Please call me if you have any questions.

                                    Sincerely,

                                    Dean M. Conway