**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>SHANE SUMAN AND MONIE RAHMAN,<br><br>                    Defendants. | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No.:  07 Civ. 6625 (WHP)<br><br>**CERTIFICATION OF SERVICE** |

   I, GHILLAINE A. REID, hereby certify as follows:

   1.   I am an attorney at law admitted to practice before this Court and a Director at the firm, Gibbons P.C. ("Gibbons"), attorneys for Defendants Shane Suman and Monie Rahman (collectively "Defendants") in the above-captioned matter.  On January 10, 2008, I electronically filed the following documents:

   a.   Reply Letter Brief In Response To Plaintiff's Opposition To Gibbons P.C.'s Motion To Withdraw As Defendants' Counsel; and

   b.   Certification of Service.

   2.   Service of these documents was made on this date upon the following parties via electronic mail and overnight mail:

| |
|---|
| Dean M. Conway<br>Attorney for Plaintiff |
| Securities and Exchange Commission<br>Division of Enforcement<br>100 F Street, N.E.<br>Washington, D.C. 20549-4010<br>conwayd@sec.gov |

| Shane B. Suman Defendant | |
|---|---|
| 93 William Honey Cresent Markham, Ontario  L3S2M2 shane.suman@rogers.com shane_suman@yahoo.com | c/o Buffalo Federal Detention Facility 4250 Federal Drive Batavia, New York 14020 |

| Monie Rahman Defendant | |
|---|---|
| 1585 N 400 E Apt. #336 North Logan, Utah  84341 monie1510@yahoo.com | 93 William Honey Cresent Markham, Ontario  L3S2M2 |

3. Courtesy copies of the above documents were served via overnight mail to the Honorable William H Pauley, III, District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 10, 2008
   New York, New York

**GIBBONS P.C.**

   s/ Ghillaine A. Reid
      Ghillaine A. Reid

One Pennsylvania Plaza
New York, New York 10119
(212) 613-2000

*Counsel for Defendants*
*Shane Suman and Monie Rahman*

2