```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                        :

                Plaintiff,                 :

     -against-                               :

SHANE BASHIR SUMAN AND                      :
MONIE RAHMAN,
                                          :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 6625 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       This Court having received the parties' submissions concerning the motion by Defendants' counsel to withdraw representation, a hearing on the motion shall take place February 13, 2008 at 10:30 a.m.

Dated: January 28, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Dean Michael Conway, Esq.
Security and Exchange Commission
100 F Street
Washington, DC 20549
*Counsel for Plaintiff*

Ghillaine A. Reid, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
*Counsel for Defendants*