

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

January 29, 2008

**BY FACSIMILE (212-805-6390) AND REGULAR MAIL**

The Honorable William H. Pauley, III
Daniel J. Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
Courtroom 11D
New York, New York 10007

**MEMO ENDORSED**

Re: U.S. Securities and Exchange Commission v. Shane Bashir Suman et al.
Case No.: 07 Civ. 6625

Dear Judge Pauley:

This firm represents Defendants Shane Suman and Monie Rahman in the above-referenced action. We write in response to the Order of the Court of today which schedules oral argument on Gibbons P.C.'s Motion to Withdraw as Defendants' Counsel ("Motion to Withdraw") for February 13, 2008 at 10:30 a.m. By letter dated today, counsel for Plaintiff has advised that he is unavailable on February 13, 2008, but is available on any date in February 2008 with the exception of February 5, 2008 and February 13, 2008. Due to work-related travel during February 2008, the undersigned counsel is available only on the following dates during that month: February 6, 7, 11, 12 and 19. We respectfully request that oral argument on the Motion to Withdraw be scheduled on one of these dates.

Thank you for your consideration.

Respectfully submitted,

Ghillaine A. Reid
Director

GAR/fm

cc: Dean M. Conway

*Application granted.*
SO ORDERED:

William H. Pauley III U.S.D.J.
1/30/08

*Oral Argument is adjourned to Feb. 11, 2008 at 10:30 a.m.*