UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                           :

                     Plaintiff,                  :

         -against-                                :

SHANE BASHIR SUMAN AND                         :
MONIE RAHMAN,
                                                   :
                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

07 Civ. 6625 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       The application by Defendants' counsel, Gibbons P.C., to withdraw as counsel for Defendants is granted. A conference shall take place March 13, 2008 at 11:00 a.m. Defendants are each directed to retain new counsel to appear at the conference, or they must appear personally. If Defendants fail to obtain counsel or fail to appear personally at the conference, Plaintiff will be permitted to file an application for entry of default judgment against Defendants.

       Defendants' counsel is directed to mail a copy of this order to each Defendant by overnight mail.

Dated: February 11, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Dean Michael Conway, Esq.
Security and Exchange Commission
100 F Street
Washington, DC 20549
*Counsel for Plaintiff*

Ghillaine A. Reid, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
*Counsel for Defendants*