```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                    :

                           Plaintiff,      :      07 Civ. 6625 (WHP)

          -against-                        :      ORDER

SHANE BASHIR SUMAN AND                  :
MONIE RAHMAN,
                                     :
                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Defendants' application for a stay of the action is denied.

Dated: March 7, 2008
       New York, New York

                                           SO ORDERED:

                                           _____
                                             WILLIAM H. PAULEY III
                                                  U.S.D.J.

*Copies mailed to:*

Dean Michael Conway, Esq.
Security and Exchange Commission
100 F Street
Washington, DC 20549
*Counsel for Plaintiff*


Shane Suman and Monie Rahman
93 William Honey Cr.
Markham, ON L3S 2M2
Canada
*Defendants Pro Se*

-1-