```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES SECURITIES AND            :
EXCHANGE COMMISSION,
                                        :      07 Civ. 6625 (WHP)
                    Plaintiff,          :
                                                ORDER
        -against-                       :

SHANE BASHIR SUMAN AND                  :
MONIE RAHMAN,
                                        :
                    Defendants.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

WILLIAM H. PAULEY III, District Judge:

       Defendants shall retain counsel or otherwise be prepared to proceed by April 15, 2008. A conference shall take place May 2, 2008 at 10:45 a.m. If Defendants fail to obtain counsel and are unable to appear personally at the conference, Plaintiff will be permitted to file an application for entry of default judgment against Defendants.

Dated: March 13, 2008
      New York, New York

                                   SO ORDERED:

                                   _____
                                   WILLIAM H. PAULEY III
                                         U.S.D.J.

*Copies mailed to:*

Dean Michael Conway, Esq.
Security and Exchange Commission
100 F Street
Washington, DC 20549
*Counsel for Plaintiff*

Shane Suman and Monie Rahman
93 William Honey Cr.
Markham, ON L3S 2M2
Canada
*Defendants Pro Se*