UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

  -against-

SHANE BASHIR SUMAN AND
MONIE RAHMAN,

        Defendants.
---------------------------------X

07 Civ. 6625 (WHP)

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

    Defendants are directed to apply to the United States Citizens and Immigration Services by June 2, 2008 for permission to enter the United States for the sole purpose of defending themselves in this action. Defendants shall provide copies of their application to Plaintiff and the Court.

    A teleconference shall take place on June 13, 2008 at 10:30 a.m.

Dated: May 2, 2008
      New York, New York

                   SO ORDERED:

                   WILLIAM H. PAULEY III
                   U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

*Copies mailed to:*

Dean Michael Conway, Esq.
Security and Exchange Commission
100 F Street
Washington, DC 20549
*Counsel for Plaintiff*

Shane Suman and Monie Rahman
93 William Honey Cr.
Markham, ON L3S 2M2
Canada
*Defendants Pro Se*