USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

Monie Rahman

700 Humberwood Blvd.
Suite # 622
Toronto, ON M9W 7J4
Canada

June 12, 2008

**MEMO ENDORSED**

**BY FACSIMILE (212-805-6390)**

The Honorable William H. Pauley, III
Daniel J. Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
Courtroom 11D
New York, New York 10007

**Re: U.S. Securities and Exchange Commission v. Shane Suman and Monie Rahman
Case No.: 07 Civ. 6625 (WHP)**

Dear Judge Pauley:

I am writing to you on behalf of myself, Monie Rahman and my husband, Shane Suman, who are the defendants in the above referenced action. We received the permission and consent of Your Honor's clerk to send this letter to you by facsimile.

In the ruling on May 02, 2008, Your Honor has directed us to apply to the United States Citizenship and Immigration Services for permission to enter the United States for the sole purpose of defending ourselves in the above referenced action by June 2, 2008. Upon receiving Your Honor's ruling by mail, we started the process of applying to the U.S. Citizenship and Immigration Services for permission to enter the United States.

One of the requirements for the I-192 (Application for Advance Permission to Enter the United States) is a letter from the Royal Canadian Mounted Police (RCMP) stating if the person making the application has any arrests or criminal convictions in Canada or has any outstanding warrants etc. The applicant's fingerprint is taken by the local police station along with other related information and then forwarded to the RCMP for conducting the relevant checks. After conducting the necessary checks, RCMP then mails the report to the applicants. It is a process that takes roughly 4 to 6 weeks.

FROM : ulashi p Case 1:07-cv-06625-WHP FAX Document 34 Filed 06/25/2008 Page 1 of 2 PM P1

Honorable William H. Pauley, III
June 12, 2008
Page 2

Realizing that we would not be able to receive the RCMP Clearance Report by June 2, 2008, we contacted the local U.S. Customs and Border Protection Office in Toronto (905-676 2606 — our designated office where we need to submit the application) to find out if we could submit our application without the RCMP Clearance Report and submit the report later after receiving it. But they insisted that all requirements must accompany the application and were clear that the application would not be accepted without the RCMP Clearance Report.

Your Honor, we finally received our RCMP Clearance Report yesterday on June 11, 2008 by mail and are now in a position to submit our application to United States Citizenship and Immigration Services. However, the U.S. Customs and Border Protection Office in Toronto (905-676-2606 – our designated office where we need to submit the application) only accept this application on Saturdays. So the earliest we can submit this application will be Saturday, June 14, 2008.

<u>Your Honor, we intend to submit our application on Saturday, June 14, 2008 – the earliest opportunity possible.</u> We had the full intention to submit our application by June 2, 2008 but the time taken for the RCMP Clearance Report prevented us from that. It was completely beyond our control.

Your Honor, we would like to state unequivocally that we remain fully and firmly committed to cooperating with Your Court and with the processes related to this case. .

Your Honor, both my husband and I can be reached at 416-907-4974 and will be available on the phone during the teleconference scheduled for tomorrow to participate in any discussion or to answer any question.

We are also available at the Court's convenience through mail, telephone or e-mail correspondence for any discussion related to any aspect of the foregoing facts and circumstances.

Respectfully submitted

*Monie Rahman*
Monie Rahman

CC: Dean Conway. Esq. (by facsimile)

SO ORDERED: *Application granted.*

*WILLIAM H. PAULEY III U.S.D.J*
6/24/08

*The teleconference is adjourned to July 1, 2008 at 3:30 p.m.*