USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                                :

                  Plaintiff,              :    07 Civ. 6625 (WHP)

-against-                                                            :    ORDER

SHANE BASHIR SUMAN AND                             :
MONIE RAHMAN,
                                             :
                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        A hearing in this action shall take place on October 17, 2008 at 11:30 a.m. in Courtroom 11D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. Defendants Shane Suman and Monie Rahman are directed to appear personally at the hearing.

Dated: July 1, 2008
       New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                  U.S.D.J.

*Copies mailed to:*

Dean Michael Conway, Esq.
Security and Exchange Commission
100 F Street
Washington, DC 20549
*Counsel for Plaintiff*

Shane Suman and Monie Rahman
700 Humberwood Boulevard, Suite No. 622
Toronto, ON M9W 7J4
Canada
*Defendants Pro Se*